```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-6915
        FAX: (415) 436-6927
 7
    Attorneys for Defendant
 8
```

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN JOSE DIVISION

| | |
|---|---|
| 12  CHUSONG XIAO, | ) |
| 13            Plaintiff, | ) No. C 07-0242 PVT |
| 14      v. | ) **STIPULATION TO DISMISS** |
| 15  EMILIO T. GONZALEZ, as Director of the | ) **and [xxxxxxxxxxxxx]] ORDER** |
|     U.S. Citizenship and Immigration Services; | ) |
| 16 | ) |
|              Defendant. | ) |
| 17  _____ | ) |

18      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

19  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20  action without prejudice in light of the fact that the United States Citizenship and Immigration

21  Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

22  adjudicate such application within 30 days of the dismissal of this action.

23      Each of the parties shall bear their own costs and fees.

24  Dated: June ⌐, 2007                                         Respectfully submitted,

25                                                              SCOTT N. SCHOOLS
                                                                United States Attorney
26
27                                                              _____
                                                                EDWARD A. OLSEN
28                                                              Assistant United States Attorney
                                                                Attorney for Defendants

Stipulation to Dismiss
C07-0242 PVT                                    1

Dated: June 4, 2007

_____
DANIEL HUANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 6, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge